98–1293.  Kraft Constr. Co. v. Cuyahoga Cty. Bd. of Commrs.

Cuyahoga App. No. 72095.  This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County.  Upon consideration of the joint application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Wednesday, March 24, 1999*

## MOTION DOCKET

99–542.  White v. Konteh.

Trumbull App. No. 99–T–0020.  This cause is pending before the court as an appeal from the Court of Appeals for Trumbull County.  Upon consideration of appellant's motion for stay of judgment of the Eleventh District Court of Appeals,

IT IS ORDERED by the court that the motion for stay be, and hereby is, granted.

PFEIFER, J., dissents.

RESNICK, J., not participating.

*Thursday, March 25, 1999*

## MOTION DOCKET

98–1291.  Holzemer v. Urbanski.

Lucas App. No. L–97–1257.  This cause is pending before the court as an appeal from the Court of Appeals for Lucas County.  Upon consideration of appellants' motion to continue oral argument currently scheduled for April 14, 1999,

IT IS ORDERED by the court that the motion to continue oral argument be, and hereby is, denied.

## MISCELLANEOUS DISMISSALS

98–2404.  Estep v. Capital Resin Corp.

Franklin App. No. 98AP–991.  This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.